```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                      FAYETTEVILLE DIVISION
```

**UNITED STATES OF AMERICA**                                              PLAINTIFF

      v.            Civil No. 07-5103
              Criminal No. 01-50019

**ROBERT BARBER**                                                           DEFENDANT

### O R D E R

Now on this 13th day of December, 2007, comes on for consideration **Plaintiff's Motion And Notice Of Motion To Enlarge Time** (document #4), wherein defendant Robert Barber asks for an enlargement of time in which to file objections to the Magistrate Judge's Report And Recommendation. Barber states that he never received a copy of the Report And Recommendation, learning of its existence only when he received a copy of the Order adopting the Report And Recommendation.

The Court finds that Barber's motion should be, and same hereby is, **granted**, and Barber is allowed until January 31, 2008, to file objections to the Report And Recommendation.

**IT IS SO ORDERED.**

                                          /s/ Jimm Larry Hendren
                                          JIMM LARRY HENDREN
                                          UNITED STATES DISTRICT JUDGE